Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation,* MDL 2873[1]

|  | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name" | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Baggayan, Nancy o/b/o Baggayan, Reuben | 6/25/1953 | VA | The US District Court for the Eastern District of Virginia | Yes |  | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 2. | Buckshaw, Bonita o/b/o Buckshaw, Richard | 7/31/1941 | SC | The US District Court for the District of South Carolina | Yes |  | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 3. | Chapman, Juanita o/b/o Chapman, John Guy, II | 10/19/1961 | GA | The US District Court for the Northern District of Georgia | Yes |  | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 4. | Davenport, Chris J | 5/21/1964 | MI | The US District Court for the Western District of Michigan | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 5. | Davis, Rayburn Lee o/b/o Davis, Randal Lynn | 3/7/1964 | AR | The US District Court for the Eastern District of Arkansas | Yes |  | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 6. | Hostetter, Christina o/b/o Hostetter, Daniel Alan, Sr. | 11/24/1968 | AR | The US District Court for the Western District of Arkansas | Yes |  | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 7. | Mathews, Sheila D o/b/o Lee, James A | 12/5/1953 | IN | The US District Court for the Southern District of Indiana | Yes |  | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 8. | Miller, Susan o/b/o Miller, James F | 3/4/1946 | TX | The US District Court for the Northern District of Texas | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 9. | Nievesrosario, Michael A | 2/8/1968 | PR | The US District Court for the District of Puerto Rico | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 10. | Oden, Chiquita Cheron | 6/22/1980 | GA | The US District Court for the Northern District of Georgia | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 11. | Peralta, Marco R | 11/12/1990 | CA | The US District Court for the Central District of California | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 12. | Ranson, William | 7/8/1959 | AL | The US District Court for the Northern District of Alabama | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 13. | Reese, Steven | 7/25/1956 | GA | The US District Court for the Northern District of Georgia | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 14. | Reynolds, William Frank o/b/o Callahan, William Frank, Jr. | 9/19/1943 | TN | The US District Court for the Middle District of Tennessee | Yes |  | Yes | Kidney Cancer; Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 15. | Richmond, Robert Lee | 9/3/1964 | IL | The US District Court for the Northern District of Illinois | Yes |  | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 16. | Rider, Pamela o/b/o Lowery, James Douglas | 5/16/1945 | MT | The US District Court for the District of Montana | Yes |  | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 17. | Scott-Dickover, Lori o/b/o Dickover, Scott Douglas | 2/2/1957 | MI | The US District Court for the Western District of Michigan | Yes |  | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name" | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | Spence, Charles Arthur | 3/13/1966 | CA | The US District Court for the Central District of California | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 19. | Spencer, Anthony L | 9/22/1959 | NM | The US District Court for the District of New Mexico | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 20. | Spurr, Ray | 12/26/1953 | CT | The US District Court for the District of Connecticut | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 21. | St Pierre, Matthew Sean | 6/22/1977 | MA | The US District Court for the District of Massachusetts | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 22. | Stadler, John | 1/23/1955 | GA | The US District Court for the Northern District of Georgia | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 23. | Stadtmiller, Wayne P | 9/18/1949 | TX | The US District Court for the Southern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 24. | Stanley, Gordon L | 1/31/1960 | TX | The US District Court for the Western District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 25. | Steele, Christopher S | 5/6/1969 | TX | The US District Court for the Northern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 26. | Stevens, Thomas J | 8/6/1949 | TX | The US District Court for the Southern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 27. | Stevenson, Damontra Travon | 2/8/1982 | CA | The US District Court for the Central District of California | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 28. | Steward, Leveria | 10/17/1963 | AR | The US District Court for the Eastern District of Arkansas | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 29. | Stewart, Denzal Darrell, Sr. | 6/1/1996 | IL | The US District Court for the Northern District of Illinois | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 30. | Stewart, Bernis | 2/28/1978 | WI | The US District Court for the Eastern District of Wisconsin | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 31. | Stewart, Kendall Duane | 8/2/1957 | MI | The US District Court for the Eastern District of Michigan | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 32. | Stimpson, James M | 5/27/1960 | VT | The US District Court for the District of Vermont | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 33. | Stinson, Clifford Z | 9/19/1988 | CA | The US District Court for the Central District of California | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 34. | Stinson, Joshua Patrick | 2/6/1983 | IN | The US District Court for the Northern District of Indiana | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 35. | Stinson, Stephen | 6/20/1963 | OH | The US District Court for the Northern District of Ohio | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 36. | Stoutenburg, Ronald L, Jr. | 10/30/1958 | OR | The US District Court for the District of Oregon | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 37. | Stover, Thomas Allen | 9/5/1953 | AL | The US District Court for the Middle District of Alabama | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 38. | Stradley, Lee A | 3/31/1965 | OH | The US District Court for the Southern District of Ohio | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 39. | Strickland, Farrell | 4/17/1974 | LA | The US District Court for the Eastern District of Louisiana | Yes | | Yes | Ulcerative Colitis; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 40. | Stubbins, Wendi L | 4/2/1968 | OH | The US District Court for the Northern District of Ohio | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 41. | Styer, James | 10/19/1977 | SC | The US District Court for the District of South Carolina | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name" | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 42. | Suarez, Francisco Selin | 4/23/1976 | AZ | The US District Court for the District of Arizona | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 43. | Sumler, Tavet | 6/23/1974 | GA | The US District Court for the Northern District of Georgia | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 44. | Sury, David | 12/4/1968 | TX | The US District Court for the Southern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 45. | Sweatt, Melvin L | 5/15/1962 | TN | The US District Court for the Middle District of Tennessee | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 46. | Swenson, James H | 4/3/1956 | MS | The US District Court for the Western District of Missouri | Yes | | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 47. | Taggart, Clarence Darell | 4/25/1942 | TX | The US District Court for the Southern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 48. | Talavera, Alberto E | 4/10/1970 | TX | The US District Court for the Western District of Texas | Yes | | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 49. | Tallman, Steven Anthony | 11/12/1962 | OR | The US District Court for the District of Oregon | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 50. | Tanner, Blake | 8/2/1965 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 51. | Tarpley, Steve R | 9/7/1950 | IN | The US District Court for the Southern District of Indiana | Yes | | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 52. | Taylor, Ashley | 8/29/1987 | MI | The US District Court for the Eastern District of Michigan | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 53. | Taylor, Brian K | 12/6/1987 | NJ | The US District Court for the District of New Jersey | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 54. | Taylor, Jeffrey W | 5/20/1960 | ID | The US District Court for the District of Idaho | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 55. | Taylor, Meguial Ramond | 2/1/1980 | MO | The US District Court for the Western District of Missouri | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 56. | Thomas, Gregory Warren | 3/27/1982 | CA | The US District Court for the Eastern District of California | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 57. | Thomas, Lloyd Gene | 12/28/1956 | TN | The US District Court for the Middle District of Tennessee | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 58. | Thomas, Paul, Sr. | 7/8/1964 | OH | The US District Court for the Northern District of Ohio | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 59. | Thompson, Charles K | 12/7/1956 | TX | The US District Court for the Western District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 60. | Thompson, David | 9/6/1979 | GA | The US District Court for the Middle District of Georgia | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 61. | Thornton, William G | 7/19/1963 | GA | The US District Court for the Northern District of Georgia | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 62. | Tom, Hal Howard | 2/1/1950 | TX | The US District Court for the Southern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 63. | Tomac, Tina K | 11/12/1964 | CA | The US District Court for the Southern District of California | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 64. | Tomlinson, Misty V | 12/20/1981 | TX | The US District Court for the Northern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 65. | Tooley, Jamel Anthony | 2/12/1985 | GA | The US District Court for the Northern District of Georgia | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name" | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 66. | Tower, Michael B | 8/17/1986 | NH | The US District Court for the District of New Hampshire | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 67. | Trail, Ronald Walker, Sr. | 11/7/1958 | OH | The US District Court for the Northern District of Ohio | Yes | | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 68. | Traveler, Kevin | 2/10/1979 | CA | The US District Court for the Southern District of California | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 69. | Travis, Mack | 9/8/1975 | CA | The US District Court for the Central District of California | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 70. | Trommater, Kenneth E | 11/25/1964 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 71. | Truitt, Kenneth | 2/22/1953 | MS | The US District Court for the Southern District of Mississippi | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 72. | Tucker, Aneese S | 1/25/1987 | CA | The US District Court for the Central District of California | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 73. | Tupa, Richard | 12/9/1945 | AZ | The US District Court for the District of Arizona | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 74. | Turner, Theodore | 11/7/1958 | OH | The US District Court for the Northern District of Ohio | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 75. | Tygart, Christopher D | 5/20/1971 | CA | The US District Court for the Northern District of California | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 76. | Unger, Raoul Felix | 2/10/1946 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 77. | Vadell, John Lucien, Jr. | 11/5/1958 | TX | The US District Court for the Southern District of Texas | Yes | | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 78. | Vallier, Dale | 7/12/1970 | OH | The US District Court for the Northern District of Ohio | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 79. | Vancil, Forest Dale | 4/27/1963 | CO | The US District Court for the District of Colorado | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 80. | Vanderhoden, Chris E | 11/19/1953 | CA | The US District Court for the Central District of California | Yes | | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 81. | Vangorp, Michael James | 10/28/1991 | UT | The US District Court for the District of Utah | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 82. | Vasquez, Audrey | 12/28/1959 | TX | The US District Court for the Southern District of Texas | Yes | | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 83. | Vasquez-Jimenez, Carol Evelyn | 4/11/1996 | NV | The US District Court for the District of Nevada | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 84. | Vermilyea, Ferold R | 1/30/1945 | MS | The US District Court for the Western District of Missouri | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 85. | Villareal, Raymond, Jr. | 5/15/1961 | CA | The US District Court for the Eastern District of California | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 86. | Vroman, Charles | 12/30/1953 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 87. | Wagner, William Earl | 6/20/1958 | IL | The US District Court for the Southern District of Illinois | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 88. | Walkenford, Ashley A | 9/28/1993 | CA | The US District Court for the Southern District of California | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 89. | Walker, Ronnie Milton, Jr. | 4/20/1959 | CA | The US District Court for the Eastern District of California | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name" | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 90. | Walker, Stevie Claude | 8/17/1961 | KY | The US District Court for the Eastern District of Kentucky | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 91. | Wallace, Nekia, Sr. | 11/23/1978 | GA | The US District Court for the Northern District of Georgia | Yes | | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 92. | Walling, Jerry | 9/17/1963 | NJ | The US District Court for the District of New Jersey | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 93. | Walls, Larry E | 12/13/1949 | TX | The US District Court for the Northern District of Texas | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 94. | Walters, Justin Scott | 7/13/1986 | CA | The US District Court for the Southern District of California | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 95. | Wandersee, Peggy Hoke | 9/1/1959 | IL | The US District Court for the Central District of Illinois | Yes | | Yes | Kidney Cancer; Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 96. | Ward, Jeffrey B | 10/23/1978 | MS | The US District Court for the Southern District of Mississippi | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 97. | Warner, Christopher Neal | 11/3/1968 | MS | The US District Court for the Northern District of Mississippi | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 98. | Wartes, Delbert Joe | 10/24/1945 | TX | The US District Court for the Northern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 99. | Wartofsky, Ariel | 8/3/1967 | WA | The US District Court for the Eastern District of Washington | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 100. | Warywoda, Scott Howard | 9/4/1965 | NM | The US District Court for the District of New Mexico | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 101. | Washington, Doris | 9/10/1954 | CA | The US District Court for the Eastern District of California | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 102. | Washington, Eric | 11/5/1993 | CA | The US District Court for the Eastern District of California | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 103. | Washington, Marilyn J | 4/13/1968 | GA | The US District Court for the Northern District of Georgia | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 104. | Waterman, Johnny R | 1/26/1954 | AZ | The US District Court for the District of Arizona | Yes | | Yes | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 105. | Way, Richard Gordon | 10/31/1963 | MA | The US District Court for the District of Massachusetts | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 106. | Weeks, Michael Robert | 3/2/1960 | IL | The US District Court for the Central District of Illinois | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 107. | Weidaw, James H | 5/16/1957 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 108. | Weidner, Timothy James | 5/16/1962 | TX | The US District Court for the Northern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 109. | Welch, Michael P | 8/19/1963 | AZ | The US District Court for the District of Arizona | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 110. | Welfley, Adam Bradley | 3/24/1963 | OH | The US District Court for the Northern District of Ohio | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 111. | Wellman, Gregory | 9/24/1946 | CA | The US District Court for the Eastern District of California | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 112. | Wells, Herbert K | 1/21/1996 | CA | The US District Court for the Central District of California | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 113. | Westerman, Scott | 4/20/1968 | TX | The US District Court for the Southern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name" | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 114. | Wetjen, Andrew | 6/22/1957 | IN | The US District Court for the Southern District of Indiana | Yes | | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 115. | White, David B | 12/19/1957 | TX | The US District Court for the Western District of Texas | Yes | | Yes | Ulcerative Colitis; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 116. | Whiting, Donald Alton, III | 2/26/1986 | MO | The US District Court for the Western District of Missouri | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 117. | Whitman, Judith | 4/15/1959 | MA | The US District Court for the District of Massachusetts | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 118. | Wiedel, Burnadine o/b/o Wiedel, Troy | 10/20/1964 | OK | The US District Court for the Eastern District of Oklahoma | Yes | | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XII, XIII, XIV |
| 119. | Wilhelm, Barry | 5/22/1945 | LA | The US District Court for the Western District of Louisiana | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 120. | Wilkerson, Billy J | 11/1/1946 | TX | The US District Court for the Western District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 121. | Wilkins, William Walter | 1/27/1948 | AR | The US District Court for the Eastern District of Arkansas | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 122. | Wilkinson, Ryan Michael | 4/24/1993 | CT | The US District Court for the District of Connecticut | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 123. | Williams, Bobby Glenn, Jr. | 11/16/1960 | UT | The US District Court for the District of Utah | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 124. | Williams, Bobby Ray, III | 11/25/1962 | TX | The US District Court for the Southern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 125. | Williams, Carl T | 6/19/1964 | FL | The US District Court for the Southern District of Florida | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 126. | Williams, Carlton | 2/2/1967 | TX | The US District Court for the Eastern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 127. | Williams, Danny L | 2/16/1952 | LA | The US District Court for the Western District of Louisiana | Yes | | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 128. | Williams, Johnathan | 10/19/1987 | AR | The US District Court for the Western District of Arkansas | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 129. | Williams, Tyrone | 4/13/1984 | IL | The US District Court for the Northern District of Illinois | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 130. | Wilson, Gregory A, Sr. | 8/25/1961 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 131. | Wilson, Gregory Keith | 10/14/1971 | MA | The US District Court for the District of Massachusetts | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 132. | Wilson, Gregory Stuart | 5/24/1965 | CO | The US District Court for the District of Colorado | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 133. | Wilson, Juanita D | 8/29/1961 | IL | The US District Court for the Northern District of Illinois | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 134. | Wood, Joey | 8/5/1981 | TX | The US District Court for the Southern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 135. | Woods, Alvis L | 6/1/1966 | TN | The US District Court for the Middle District of Tennessee | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 136. | Woods, Paul F | 10/12/1956 | TX | The US District Court for the Eastern District of Texas | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 137. | Wooten, Danny Mark | 7/12/1960 | TX | The US District Court for the Western District of Texas | Yes | | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name" | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Cause of Action (please indicate via count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 138. | Wright, Darryl Price | 11/19/1951 | FL | The US District Court for the Middle District of Florida | Yes | | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 139. | Wuest, Marvin Wain, Jr. | 7/22/1957 | WA | The US District Court for the Western District of Washington | Yes | | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 140. | Wyckoff, Norman Eugene | 6/23/1948 | CA | The US District Court for the Eastern District of California | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 141. | Yackey, Paul Andrew | 6/6/1957 | MO | The US District Court for the Eastern District of Missouri | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 142. | Yadon, Myron E | 5/24/1941 | OR | The US District Court for the District of Oregon | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 143. | Zacheis, Daniel F | 10/1/1949 | OH | The US District Court for the Southern District of Ohio | Yes | | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 144. | Zalinka, Stanley J | 3/28/1958 | NJ | The US District Court for the District of New Jersey | Yes | | Yes | Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |